

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00235-CV

**IN RE** Peter B. **FLORES**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: June 23, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus and motion for temporary relief. We have the power to issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and the record, we conclude relator has not satisfied this burden. Accordingly, we deny the petition and motion for temporary relief. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021CI06812 pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.